# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONDA WOLFF**                                                                                      **PLAINTIFF**

VS.                            No. 3:20-cv-00132 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                  **DEFENDANT**

## ORDER

Now before the Court is the plaintiff Ronda Wolff's ("Wolff") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion. The motion is granted, and the EAJA award in the amount of $4,107.97 ($4,087.90 in fees and $20.07 in expenses) is approved. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Wolff, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Wolff, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

1

IT IS SO ORDERED this 11th day of January, 2022.

                                                            _____
UNITED STATES MAGISTRATE JUDGE